| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 3:01CR93-001/RV |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 8 09 c R 260-T 30 MAP |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Norman Pete Murphy<br>Middle District of Florida | Florida Northern | Pensacola |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Roger Vinson, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/01/08 — TO 01/31/13 |

OFFENSE

Count 1 (3:01CR06-001): Armed Bank Robbery, in violation of 18 U.S.C. § 2113(a) and (d).
Count 1 (3:01CR93-001): Bank Robbery, in violation of 18 U.S.C. §§ 2113(a) and 2.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____4/28/09_____     _____
Date                                       Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____2 July 2009_____     _____
Effective Date                           United States District Judge

OFFICE OF CLERK
U.S. DISTRICT CT
NORTHERN DIST. FLA.

09 JUL 13 PM 4:05

RECEIVED

**NORTHERN DISTRICT OF FLORIDA**
**Probation and Pretrial Services**

# MEMORANDUM



**DATE:** July 13, 2009

**REPLY TO ATTN OF:** Jeffrey M. Ishee
Senior U.S. Probation Officer
Pensacola, Florida

**SUBJECT:** **MURPHY, Norman Pete**
**ND/FL Docket No.: 3:01CR93-001/RV**
**MD/FL Docket No.: 8:09CR260-T-30 MAP**
**TRANSFER OF JURISDICTION**

**TO:** Clerk's Office
Pensacola, Florida

Enclosed please find one original and one copy of the Probation Form 22, ordering that the jurisdiction of the supervised releasee be transferred with the records of our court to the United States District Court for the Middle District of Florida, Tampa Division. Senior U.S. District Judge Roger Vinson ordered the jurisdiction transfer on April 28, 2009, and U.S. District Judge James S. Moody, Jr., accepted the transfer of jurisdiction on July 2, 2009.

Please forward a certified copy of the Probation Form 22 to our office and send the appropriate file to the U.S. District Clerk's Office for the Middle District of Florida.

If you have any questions regarding this matter, please contact me at (850) 435-8430, ext. 214.

JMI/mc

Encls.: Probation Form 22 (2)



OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA

09 JUL 13 PM 4: 05

RECEIVED